**Reginald D. EVANS, Plaintiff—Appellant,**

v.

**TIME WARNER CABLE, INCORPORATED; Time Warner Cable, South Carolina Division, Defendants—Appellees.**

No. 04–2498.

United States Court of Appeals, Fourth Circuit.

Submitted April 27, 2005.

Decided May 16, 2005.

Reginald D. Evans, Appellant pro se. Frank Rogers Ellerbe, III, Robinson, McFadden & Moore, PC, Columbia, South Carolina, for Appellees.

Before NIEMEYER, LUTTIG, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Reginald D. Evans appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his complaint pursuant to 47 U.S.C. § 532 (2000) for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Evans v. Time Warner Cable,* No. CA–04–1003–3–17BC (D.S.C. filed Nov. 4, 2004 & entered Nov. 5, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*